United States District Court
Southern District of Iowa
Davenport Division

Kenneth C. Tennant
3935 Rolling Hills Drive
Bettendorf, Iowa
563.355.7073

Re:  The enclosed Claim with two copies, Affidavit of Indigency together with
Order Waiving Pre-payment of Costs & Fees associated with this claim

I believe I have a valid claim of action against the defendants named for their harm done against me and my Constitutional rights as set forth, but due to my economy I am unable to pre-pay the costs, fees or to give security, therefore I have signed an Affidavit and have enclosed an Order for the Honorable Judge to sign if this court is yet preserving, protecting and defending the Constitution of the United States of America. Thank you for your attention to this matter. Please forward a conformed copy to the U.S. Marshals office for copying and service upon the defendants and return one of the enclosed copies, conformed to me at:

Kenneth C. Tennant
3935 Rolling Hills Dr.
Bettendorf, Iowa   near (52722)

563.355.7073

Thank you.



Mr. Kenneth Tennant DC
3935 Rolling Hills Dr.
Bettendorf, IA 52722

CPU U.S. POSTAGE
PB 1P 000                    $ 2.24⁰
3656422        MAILED   NOV 12 2010
FCMF                              52807

US DISTRICT COURT
Southern District of Iowa
Davenport Division
131 E. 4th St.