UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION



RECEIVED
NOV 16 2010
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

AFFIDAVIT OF INDIGENCY AND

APPLICATION FOR WAIVER OF ALL COSTS AND FEES

ASSOCIATED WITH THIS CIVIL ACTION

NOW COME Kenneth Charles Tennant, pro per, states:

I am the plaintiff in this action and I believe I have good cause but, because of the economy and the fact that I am on a fixed income from the Department of Veterans Affairs and I have no other income, no stocks or bonds, no checking or savings at any bank or credit union and no liquidable assets, no boats or automobiles, etc. I am unable to pre-pay the costs associated with this litigation or appeals and request a waiver of all costs and fees or security associated with this action.

Subscribed and sworn to before me
this __11__ day of November 2010

_____
Notary Public State of Iowa
My Commission Expires Feb 27, 2013

_____
Kenneth C. Tennant
3935 Rolling Hills Drive
Bettendorf, Iowa



JUDITH A. SARAFIN
Commission No. 744914
My Commission Expires
February 27, 2013